DANIEL BRODERICK, Bar #89424
Acting Federal Defender
Lexi Negin, D.C. Bar #446153
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
MIGUEL PAHUA-MARTINEZ

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> ) <br> MIGUEL PAHUA-MARTINEZ, ) <br> ) <br> Defendant. ) <br> _____ | CASE NO. CR-S-06-0489(FCD) <br><br> STIPULATION AND ORDER TO CONTINUE STATUS HEARING <br><br> Judge: Frank C. Damrell Jr. |

    This case is currently scheduled for a status hearing on December 18, 2006. The attorneys for both parties have conferred and agree that additional time is needed for defense investigation and preparation of the case.

    The parties, through their respective counsel, hereby stipulate and agree that the status conference scheduled in this case for December 18, 2006, be continued until January 8, 2007. In addition, the parties stipulate that the time period from December 18, 2006, to January 8, 2007, be excluded under the Speedy Trial Act (18 U.S.C. § 3161(h)(8)(B)(iv)) and Local Code T4, due to the need to provide defense counsel with the reasonable time to prepare.

///

///

///

1

DATED: December 15, 2006

Respectfully submitted,

| | |
|---|---|
| McGREGOR W. SCOTT<br>United States Attorney | DANIEL BRODERICK<br>Federal Defender |
| /s/ Lexi Negin for Michael Beckwith<br>MICHAEL BECKWITH<br>Assistant U.S. Attorney<br>Attorney for United States | /s/ Lexi Negin<br>LEXI NEGIN<br>Assistant Federal Defender<br>Attorney for Miguel Pahua-Martinez |

ORDER

For the reasons set forth in the stipulation of the parties, filed on December 15, 2006, IT IS HEREBY ORDERED that the status conference currently scheduled for December 18, 2006, be continued until Monday, January 8, 2007, at 10:00 a.m.  The Court finds that the ends of justice to be served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial. Accordingly, IT IS HEREBY ORDERED that, for the reasons stated in the parties' December 15, 2006 stipulation, the time under the Speedy Trial Act is excluded from December 18, 2006, through January 8, 2007, pursuant to 18 U.S.C. §3161(h)(8)(B)(iv) and Local Code T4, due to the need to provide defense counsel with the reasonable time to prepare.

Dated: December 15, 2006

FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE